BADIAK & WILL, LLP
Attorneys for Plaintiff
EMPIRE RESOURCES, INC.
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 06-1007-RB

MAY 07 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EMPIRE RESOURCES, INC.,                    07 CV

        Plaintiff,                    **RULE 7.1 STATEMENT**

  -against-

M/V "OOCL BELGIUM", her engines, boilers,
etc., and OCEANIC CONTAINER LINES, INC.,

        Defendant.
------------------------------------------------------------X

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL OF RECORD FOR A PRIVATE (NON-GOVERNMENTAL) PARTY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, SUBSIDIARIES, OR AFFILIATES OF THAT PARTY WHICH ARE PUBLICLY.

                       **NONE**

DATED:   April 25, 2007                                   _____
                                                        SIGNATURE OF ATTORNEY
                                                         ROMAN BADIAK (RB-1130)