BADIAK & WILL, LLP
ATTN:
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY
-----------------------------------------------

| | |
|---|---|
| EMPIRE RESOURCES, INC.    plaintiff | Index No. **07 CV 3613** |
| - against - | Date Filed .......... |
| M/V "OOCL BELGIUM" ENGINES BOILERS ETC. ETANO    defendant | Office No. **06-1007-RB** |
| | Court Date:  / / |

STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**JUDITH ROGERS**      being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **16th** day of **May, 2007** at **10:35 AM.,**        at
   **2350 HYLAN BLVD. PH**
   **STATEN ISLAND, NY 10306**

I served a true copy of the
   **SUMMONS AND COMPLAINT**

upon **OCEANIC CONTAINER LINE, INC.**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
         **KENNY WHITMAN, PRESIDENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
   SEX: **MALE**         COLOR: **WHITE**       HAIR: **GRAY**
   APP. AGE: **55**      APP. HT: **6:0**        APP. WT: **185**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
21st   day of   May,        2007n
BRETT GOLUB
Notary Public, State of New York
   No. 01G06179491
Qualified in NASSAU
Commission Expires 06/27/2009

.................................
JUDITH ROGERS   1204329
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BWM36393