BADIAK & WILL, LLP
Attorneys for Plaintiff
EMPIRE RESOURCES, INC.
106 Third Street
Mineola, New York 11051-4404
(516) 877-2225
Our Ref.: 06-1007-RB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EMPIRE RESOURCES, INC.,

                Plaintiff,                          07 CV 3613 (RJH)

M/V "OOCL BELGIUM", her engines, boilers, etc.,     **AMENDED**
and OCEANIC CONTAINER LINES, INC., and          **COMPLAINT**
OOCL, INC.,

                Defendant.
------------------------------------------------------------X

      Plaintiff, EMPIRE RESOURCES, INC, by its attorneys BADIAK & WILL, LLP, complains of the defendant upon information and belief, as follows:

      1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

      2. Plaintiff, EMPIRE RESOURCES, INC., was and still is a corporation duly organized and existing under and by virtue of the laws of one of the United States of America, with an office and place of business located at 1 Parker Plaza, Fort Lee, New Jersey 07024.

      3. Defendant, OCEANIC CONTAINER LINES, INC., was and still is a corporation duly organized and existing under and by virtue of the laws of a foreign nation with an office and place of business located at 2350 Hylan Boulevard, Staten Island, New York 10306.

4. Defendant, OOCL, INC., was and still is a corporation duly organized and existing under and by virtue of the laws of a foreign nation with an office and place of business located at Wall Street Plaza, 88 Pine Street, New York, New York 10005.

5. At and during the times hereinafter mentioned, defendants were and still are engaged in the business as common carriers of merchandise by water for hire and owned, operated, managed, chartered and/or otherwise controlled the vessel M/V "OOCL BELGIUM" and were bailees of cargo.

6. All conditions precedent required of plaintiff and its predecessors in interest have been performed.

7. That on or about May 3, 2006, at the port of Hamburg, there was shipped aluminum sheets on board the defendants' vessel "OOCL BELGIUM".

8. Said shipment was delivered to defendants and the aforementioned vessel, as common carriers, then being in good order and condition, and defendants accepted said shipment so shipped and delivered to them and in consideration of certain agreed freight charges thereupon paid or agreed to be paid, agreed to transport and carry said shipment to Vancouver, Canada and there deliver same in like good order and condition as when shipped.

9. Said vessel arrived at Vancouver where defendants failed to make delivery of said shipment in the same good order as received, but seriously damaged and depreciated n value in violation of defendants' and said vessel's obligations and duties as common carriers of merchandise by water for hire and bailees of cargo.

10. By reason of said premises, plaintiff has sustained damages in the amount of $10,000.00, no part of which has been paid although duly demanded of defendant.

WHEREFORE, Plaintiff prays:

1. That process in due form of law may issue according to the practice of this Court.

2. That if defendants cannot be found within this District, that all their property within this District, as shall be described in an addendum hereto, be attached in the amount set forth in this Complaint.

3. That process in due form of law according to the practice of this Court in causes of admiralty and maritime claims may issue against the aforesaid vessel.

4. That judgment be entered in favor of plaintiff against the defendant for the amount of plaintiff's damages, together with interest and costs.

DATED:   Mineola, New York
         June 20, 2007

Yours, etc.,

BADIAK & WILL, LLP
Attorneys for Plaintiff
EMPIRE RESOURCES, INC.
106 Third Street
Mineola, New York 11501-4404
Our Ref.: 06-1007-RB

By: _____
ROMAN BADIAK (RB-1130)

TO:   Oceanic Container Lines, Inc.
      c/o Brian J. Newcombe & Co., Inc.
      672 Tenth Street
      Brooklyn, New York 11215-4502
      (718) 768-0110
      Your Ref.: 3622.5

Index No.: **07 CV 3613 (RJH)**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) SS.:
COUNTY OF NEW YORK )

I, **Kashirah Livingstone**, being duly sworn, deposes and says:

I am not a party to the within action, am over 18 years of age and reside c/o Badiak & Will, LLP, 106 Third Street, Mineola, New York 11501-4404. On June 20, 2007 I served the within **Amended Complaint** as follows:

>Oceanic Container Lines, Inc.
>c/o Brian J. Newcombe & Co., Inc.
>672 Tenth Street
>Brooklyn, New York 11215-4502

By depositing a true copy thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within the New York State.

_____
KASHIRAH LIVINGSTONE

Sworn to before me this
Day of June 20, 2007

_____
NOTARY PUBLIC

ROMAN BADIAK
Notary Public, State of New York
No. 4769729
Qualified in Nassau County
Commission Expires May 31, 20__