*w/ Bill Donald*

ECF 8/22

BADIAK & WILL, LLP
Attorneys for Plaintiff
EMPIRE RESOURCES, INC.
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 06-1007-AW

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EMPIRE RESOURCES, INC.,

                Plaintiff,              07 CV 3613 (RJH)

  -against-                   **ORDER OF VOLUNTARY DISMISSAL**

M/V "OOCL BELGIUM", her engines, boilers, etc.,
and OCEANIC CONTAINER LINES, INC.,

                Defendant.
------------------------------------------------------------X

RECEIVED AUG 31 2007

The above entitled matter having been settled, same be and herewith is dismissed with prejudice and without costs, but without prejudice to renew within thirty (30) days if settlements are not finalized.

DATED:    New York, New York
              August 22, 2007

BADIAK & WILL, LLP
Attorneys for Plaintiff
EMPIRE RESOURCES, INC.
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Our Ref.: 06-1007-KB

By: _____
    ALFRED J. WILL (AW-2485)

**NO APPEARANCE BY DEFENDANTS**

SO ORDERED:

_____
U.S.D.J.
9/6/07